# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **TOMMY L. LINGEFELT, SR.** | **CIVIL ACTION NO. 18-1274** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **LA. DEPT. OF PROBATION & PAROLE** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Tommy L. Lingefelt, Sr.'s Petition for Writ of *Habeas Corpus* [Doc. No. 1] is **DENIED and DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. § 2244(d)(1).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's claims for monetary relief are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Preliminary Injunction [Doc. No. 2], is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 24th day of October, 2018.

_____
Terry A. Doughty
United States District Judge